[No. 2383-3.   Division Three.   June 19, 1978.]

*In the Matter of the Marriage of* ADA H. MOORHEAD, *Respondent, and* BLAINE E. MOORHEAD, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 19780, Sidney R. Buckley, J., entered April 20, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Roe, J.

[No. 2411-3.   Division Three.   June 19, 1978.]

DAVID W. DOOLEY, ET AL, *Respondents,* v. LARRY W. WOLFE, ET AL, *Appellants,* ED KARRER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 230532, Richard J. Ennis, J., entered April 18, 1977. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by McInturff and Williams, JJ.

[No. 2498-3.   Division Three.   June 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CLINTON BILL FINLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77-1-00270-3, Robert J. Willis, J. Pro Tem., entered June 30, 1977. *Affirmed* by unpublished per curiam opinion.